**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 15-11215-TPA |
| | : | |
| Anthony Carson and | : | Chapter 13 |
| Gwendolyn Carol Carson, | : | |
| Debtors, | : | |
| _____ : | Docket No: |
| Anthony Carson and | : | |
| Gwendolyn Carol Carson, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO DISMISS CHAPTER 13 CASE**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **June 4, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **June 27, 2018 at 9:30am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>May 18, 2018</u>

    Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

 I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the MOTION TO DISMISS CHAPTER 13 CASE and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 18, 2018**              *By: /s/ Clarissa Bayhurst*
                               Clarissa Bayhurst, PARALEGAL
                               FOSTER LAW OFFICES
                               PO Box 966
                               Meadville, PA 16335
                               Tel 814.724.1165
                               Fax 814.724.1158

Asset Acceptance
Attn: Bankrupcy Dept
Po Box 2036
Warren, MI 48090-2036

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Cbj Credit Recovery
Po Box 1132
Jamestown, NY 14702-1132

Consumer Portfolio Service
Attn: Bankruptcy
19500 Jamboree Road
Irvine, CA 92612-2411

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

Erie Water Works
Collection Department
340 West Bayfront Parkway
Erie, PA 16507-2004

First Federal Credit & Collections
24700 Chagrin Boulevard
Suite 205
Cleveland, OH 44122-5662

Hamot Surgery Center
200 State Street
Erie, PA 16507-1499

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 5008
Carol Stream, IL 60197-5008

CONSUMER PORTFOLIO SERVICES , INC.
PO BOX 57071
IRVINE, CA 92619-7071

Anthony Carson
2406 German Street
Erie, PA 16503-1941

Celco Ltd
1140 Terex Road
Hudson, OH 44236-3771

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Road
Suite 3000
Southfield, MI 48034-8331

Erie County Tax Claim Bureau
140 West 6th Street
Room 110
Erie, PA 16501-1073

Fingerhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

Ginnys / Swiss Colony Inc
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566-1364

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ashro
1515 South 21st Street
Clinton, IA 52732-6676

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Gwendolyn Carol Carson
2406 German Street
Erie, PA 16503-1941

Clear Rate Communication Inc
555 South Old Woodward
Suite 600
Birmingham, MI 48009-6601

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Erie Federal Credit Union
1109 East 38th Street
Erie, PA 16504-1845

First Energy
Revenue Assurance
1310 Fairmont Avenue
Fairmont, WV 26554-3526

Fnb Consumer Discount Company
2501 West 12th Street
Erie, PA 16505-4527

Great Lakes Home Healthcare Services
1700 Peach Street
Erie, PA 16501-2134

Medicor Associates Inc
104 East 2nd Street
2nd Floor
Erie, PA 16507-1532

Midnight Velvet
Swiss Colony Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Penelec, A FirstEnergy Company
FirstEnergy
331 Newman Springs Rd Building 3
Red Bank, NJ 07701-5688

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Saint Vincent Institute
3530 Peach Street
LL 1
Erie, PA 16508-2768

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Monroe And Main
1112 Seventh Avenue
Monroe, WI 53566-1364

OneMain Financial Group, LLC as servicer for
6801 Colwell Blvd
Mail Stop: NTSB: 1310
Irving, TX 75039-3198

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Recovery Management Systems Corporation
claims@recoverycorp.com

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Webbank / Fingerhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

National Fuel
1100 State Street
Erie, PA 16501-1912

Onemain Financial
6801 Colwell Boulevard
Ntsb-2320
Irving, TX 75039-3198

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

Tri-state Adjustments
Attn: Collections / Bankruptcy
Po Box 3219
La Crosse, WI 54602-3219

Wfnnb
c/o Comenity Bank
PO Box 182025
Columbus, OH 43218-2025