**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/23/18 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: Anthony Carson<br>Gwendolyn Carol Carson<br>                   Debtor(s) | BK. NO. 15-11215 TPA |
| Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust<br>                   Movant<br>      v.<br>Anthony Carson<br>Gwendolyn Carol Carson<br>                   Respondent<br>      and<br>Ronda J. Winnecour, Trustee<br>                   Additional Respondent | CHAPTER 13<br><br>Related to Docket # 39 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

     AND NOW, this 23rd day of May, 2018 at Erie, , upon Motion of Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust, it is

     **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2406 German Street, Erie, PA 16503 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                        _____
                                                        United States Bankruptcy Judge   jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-11215-TPA
Anthony Carson                                                          Chapter 13
Gwendolyn Carol Carson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr              Page 1 of 1            Date Rcvd: May 23, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db/jdb        +Anthony Carson,   Gwendolyn Carol Carson,   2406 German Street,   Erie, PA 16503-1941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Gwendolyn Carol Carson dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Anthony  Carson dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    Wilimington Savings Fund Society, FSB, DBA Christiana
           Trust, not in its individual capacity, but solely as Owner Trustee for WF 19 Grantor Trust
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Wilimington Savings Fund Society, FSB, DBA Christiana
           Trust et al... bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6