**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Anthony Carson** | : | Case No. 15–11215–TPA |
| **Gwendolyn Carol Carson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this *The 5th of June, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby *ORDERED, ADJUDGED and DECREED* as follows:

      (1)  The above–captioned case is *DISMISSED, without prejudice*. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-11215-TPA
Anthony Carson                                                            Chapter 13
Gwendolyn Carol Carson
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-1            User: jmar              Page 1 of 2          Date Rcvd: Jun 05, 2018
                               Form ID: 309             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db/jdb        +Anthony Carson,   Gwendolyn Carol Carson,   2406 German Street,   Erie, PA 16503-1941
14210642       American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 5008,
               Carol Stream, IL  60197-5008
14137169      +Celco Ltd,   1140 Terex Road,   Hudson, OH 44236-3771
14137171      +Consumer Portfolio Service,   Attn: Bankruptcy,   19500 Jamboree Road,   Irvine, CA 92612-2411
14137172      +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Road,   Suite 3000,
               Southfield, MI 48034-8331
14137174      +Creditech / Cbalv,   Attn: Collections,   Po Box 99,   Bangor, PA 18013-0099
14137175      +Erie County Tax Claim Bureau,   140 West 6th Street,   Room 110,   Erie, PA 16501-1073
14137178      +First Federal Credit & Collections,   24700 Chagrin Boulevard,   Suite 205,
               Cleveland, OH 44122-5662
14137180      +Fnb Consumer Discount Company,   2501 West 12th Street,   Erie, PA 16505-4527
14137182      +Great Lakes Home Healthcare Services,   1700 Peach Street,   Erie, PA 16501-2134
14137183      +Hamot Surgery Center,   200 State Street,   Erie, PA 16507-1499
14137184      +Medicor Associates Inc,   104 East 2nd Street,   2nd Floor,   Erie, PA 16507-1532
14158568      +Penelec, A FirstEnergy Company,   FirstEnergy,   331 Newman Springs Rd Building 3,
               Red Bank, NJ 07701-5688
14137188      +Saint Vincent Institute,   3530 Peach Street,   LL 1,   Erie, PA 16508-2768
14137190      +Tri-state Adjustments,   Attn: Collections / Bankruptcy,   Po Box 3219,
               La Crosse, WI 54602-3219


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: RECOVERYCORP.COM Jun 06 2018 06:08:00     Recovery Management Systems Corporation,
               25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
14137165      +EDI: CBS7AVE Jun 06 2018 06:08:00     Ashro,   1515 South 21st Street,   Clinton, IA 52732-6676
14137166      +EDI: ACCE.COM Jun 06 2018 06:08:00     Asset Acceptance,   Attn: Bankrupcy Dept,   Po Box 2036,
               Warren, MI 48090-2036
14152154      +E-mail/Text: bankruptcy@consumerportfolio.com Jun 06 2018 02:13:32
               CONSUMER PORTFOLIO  SERVICES , INC.,   PO BOX 57071,   IRVINE, CA 92619-7071
14137167      +EDI: CAPITALONE.COM Jun 06 2018 06:08:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
14148871       EDI: CAPITALONE.COM Jun 06 2018 06:08:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
14137168      +E-mail/Text: matthartweg@cbjcredit.com Jun 06 2018 02:13:51     Cbj Credit Recovery,
               Po Box 1132,   Jamestown, NY 14702-1132
14137173      +EDI: RCSFNBMARIN.COM Jun 06 2018 06:08:00     Credit One Bank Na,   Po Box 98873,
               Las Vegas, NV 89193-8873
14137176      +E-mail/Text: kthomas@eriefcu.org Jun 06 2018 02:13:12     Erie Federal Credit Union,
               1109 East 38th Street,   Erie, PA 16504-1905
14148320      +E-mail/Text: csbankruptcy@eriewaterworks.org Jun 06 2018 02:13:40     Erie Water Works,
               Collection Department,   340 West Bayfront Parkway,   Erie, PA 16507-2004
14137177      +EDI: BLUESTEM Jun 06 2018 06:08:00     Fingerhut,   6250 Ridgewood Road,
               St Cloud, MN 56303-0820
14148321      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 06 2018 02:13:29     First Energy,
               Revenue Assurance,   1310 Fairmont Avenue,   Fairmont, WV 26554-3526
14137179      +EDI: AMINFOFP.COM Jun 06 2018 06:08:00     First Premier Bank,   601 South Minnesota Avenue,
               Sioux Falls, SD 57104-4868
14137181      +EDI: CBS7AVE Jun 06 2018 06:08:00     Ginnys / Swiss Colony Inc,   Attn: Bankruptcy,
               1112 7th Avenue,   Monroe, WI 53566-1364
14177380       EDI: RESURGENT.COM Jun 06 2018 06:08:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
14137185      +EDI: CBS7AVE Jun 06 2018 06:08:00     Midnight Velvet,   Swiss Colony Midnight Velvet,
               1112 7th Avenue,   Monroe, WI 53566-1364
14137186      +EDI: CBS7AVE Jun 06 2018 06:08:00     Monroe And Main,   1112 Seventh Avenue,
               Monroe, WI 53566-1364
14148322      +E-mail/Text: Bankruptcy@natfuel.com Jun 06 2018 02:13:28     National Fuel,   1100 State Street,
               Erie, PA 16501-1912
14212943      +EDI: AGFINANCE.COM Jun 06 2018 06:08:00     OneMain Financial Group, LLC as servicer for Wells,
               6801 Colwell Blvd,   Mail Stop: NTSB: 1310,   Irving, TX 75039-3198
14137187      +EDI: AGFINANCE.COM Jun 06 2018 06:08:00     Onemain Financial,   6801 Colwell Boulevard,
               Ntsb-2320,   Irving, TX 75039-3198
14189506      +EDI: JEFFERSONCAP.COM Jun 06 2018 06:08:00     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14162516       EDI: Q3G.COM Jun 06 2018 06:08:00     Quantum3 Group LLC as agent for,   Sadino Funding LLC,
               PO Box 788,   Kirkland, WA  98083-0788
14139254       EDI: RECOVERYCORP.COM Jun 06 2018 06:08:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
14137189      +EDI: CBS7AVE Jun 06 2018 06:08:00     Seventh Avenue,   1112 7th Avenue,
               Monroe, WI 53566-1364
14137191      +EDI: BLUESTEM Jun 06 2018 06:08:00     Webbank / Fingerhut,   6250 Ridgewood Road,
               St Cloud, MN 56303-0820

```
District/off: 0315-1          User: jmar              Page 2 of 2            Date Rcvd: Jun 05, 2018
                              Form ID: 309            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14137192        +EDI: WFNNB.COM Jun 06 2018 06:08:00      Wfnnb,    c/o Comenity Bank,    PO Box 182025,
                  Columbus, OH 43218-2025
                                                                                        TOTAL: 26
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                 Wilimington Savings Fund Society, FSB, DBA Christi
cr                 Wilimington Savings Fund Society, FSB, DBA Christi
14137170        ##+Clear Rate Communication Inc,    555 South Old Woodward,    Suite 600,
                  Birmingham, MI 48009-6601
                                                                                 TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Gwendolyn Carol Carson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Anthony  Carson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   Wilimington Savings Fund Society, FSB, DBA Christiana
               Trust, not in its individual capacity, but solely as Owner Trustee for WF 19 Grantor Trust
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Wilimington Savings Fund Society, FSB, DBA Christiana
               Trust et al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 6
```