**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANTHONY CARSON
GWENDOLYN CAROL CARSON
     Debtor(s)

Case No.:15-11215 TPA

Ronda J. Winnecour
     Movant
     vs.
No Repondents.

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 11/13/2015  and confirmed on 01/20/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,072.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,072.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,000.00 | |
| Trustee Fee | 423.92 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,423.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIFINANCIAL (RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0700 | | | | |
| REDEVELOPMENT AUTHORITY OF THE CIT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXN ST | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 519.37 | 519.37 |
|   Acct: 0500 | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 36.61 | 36.61 |
|   Acct: 1206 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 8,992.17 | 4,930.83 | 660.93 | 5,591.76 |
|   Acct: 7257 | | | | |
| | | | | 6,147.74 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ANTHONY CARSON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-11215 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

**Unsecured**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ERIE WATER WORKS* | 1,906.03 | 500.34 | 0.00 | 500.34 |
| Acct: 5320 | | | | |
| CREDIT ACCEPTANCE CORP* | 3,093.55 | 0.00 | 0.00 | 0.00 |
| Acct: 2137 | | | | |
| CAPITAL ONE BANK NA** | 342.89 | 0.00 | 0.00 | 0.00 |
| Acct: 9127 | | | | |
| ASHRO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 722O | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7481 | | | | |
| CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8303 | | | | |
| CELCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0154 | | | | |
| CELCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0154 | | | | |
| LVNV FUNDING LLC | 589.51 | 0.00 | 0.00 | 0.00 |
| Acct: 6372 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1370 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8985 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4356 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7918 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 649.78 | 0.00 | 0.00 | 0.00 |
| Acct: 184 | | | | |
| ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO FI | 352.18 | 0.00 | 0.00 | 0.00 |
| Acct: 2025 | | | | |
| PENELEC/FIRST ENERGY** | 1,765.96 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0617 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7245 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9083 | | | | |
| PREMIER BANKCARD/CHARTER | 376.56 | 0.00 | 0.00 | 0.00 |
| Acct: 2126 | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 757O | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 755O | | | | |
| MONROE AND MAIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 711O | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 7,699.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8323 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F W | 2,097.89 | 0.00 | 0.00 | 0.00 |
| Acct: 3066 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 763O | | | | |
| TRI STATE ADJUSTMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 044A | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 752.86 | 0.00 | 0.00 | 0.00 |
| Acct: 4359 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 500.34 |

TOTAL PAID TO CREDITORS                                                          6,648.08

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                8,992.17
UNSECURED            19.626.96

Date: 08/01/2018                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com